

Richard A. Braden | Partner
Direct 716.566.5436 | rbraden@goldbergsegalla.com

October 19, 2020

**(VIA ECF)**
Hon. Therese W. Dancks
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      Re:    Thompson v. Metrodata Services, Inc.
              Case No.:  5:20-cv-1213 FJS/TWD

Dear Magistrate Judge Dancks:

      We have been retained to represent the defendant, Metrodata Services, Inc. in the above-referenced action, and hereby request an order extending our client's time to file a response to plaintiff's complaint, which is currently due to be filed by on or before October 26, 2020.

      We have conferred with plaintiff's counsel, Adam Singer, Esq., and he does not object to an extension up to and including November 18, 2020, which will give us an opportunity to discuss, among other things, whether and to what extent the action may be voluntarily resolved.

      Thank you for your consideration and attention to our request.

                                    Very truly yours,

                                    Richard A. Braden

RAB:rlc

cc:    Adam G. Singer, Esq.
       (Via ECF)

28060485.v1