UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

NICHOLAS JON THOMPSON,

                PLAINTIFF,

V.                                                  CASE NO.:  5:20-CV-1213 FJS/TWD

METRODATA SERVICES, INC.,

                DEFENDANT.

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated:  December 4, 2020               Dated:  December 4, 2020
       New York, New York                   Buffalo, New York

/s/ Adam G. Singer                 /s/ Richard A. Braden
Adam G. Singer                     Richard A. Braden
Law Office of Adam G. Singer, PLLC     Goldberg Segalla LLP
One Grand Central Place            665 Main Street
60 E. 42nd Street, Suite 4600          Buffalo NY 14203
New York NY 10165               Phone: (716) 566-5436
Phone:  (212) 842-2428          rbraden@goldbergsegalla.com
asinger@adamsingerlaw.com

Attorneys for Plaintiff               Attorneys for Defendant

28458887.v1

IT IS SO ORDERED.              Frederick J. Scullin, Jr.
December 8, 2020              Senior United States District Judge